ORIGINAL

FILED
2006 SEP -5  PM 4:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                               )<br>        Plaintiff,             )<br>                               )<br>v.                             )<br>                               )<br>ALEJANDRO ARVIZU,              )<br>                               )<br>        Defendant.             )<br>_____) | Criminal No. 06CR1642-W<br><br>ORDER AUTHORIZING THE<br>PRESERVATION AND INSPECTION<br>OF EVIDENCE AND RE-WEIGHING<br>OF DRUGS SEIZED |

**IT IS HEREBY ORDERED** that all government agencies charged with handling the evidence in this case (i.e. the Department of Customs and Border Protection; Fines, Penalties and Forfeitures; Immigration and Customs Enforcement, etc...) preserve the drugs and any other evidence seized in this case until further notice by the Court. The government is further ordered to permit the defense to inspect the vehicle and evidence seized in this case and re-weigh the drugs seized (with and without the packaging).

DATED: ____9/1/06____

_____
HONORABLE THOMAS J. WHELAN
United States District Judge